UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| DEVIN D. BROWN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:19-cv-00429 REEVES/POPLIN |
| ANDERSON COUNTY SHERIFF'S OFFICE, STATE OF TENNESSEE, SHERIFF BARKER, FIRST SHIFT STAFF, SECOND SHIFT STAFF, THIRD SHIFT STAFF, and SOUTHERN HEALTH PARTNERS, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this pro se prisoner's complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED** for want of prosecution pursuant to Fed. R. Civ. P. 41(b), Plaintiff is **ASSESSED** the filing fee of $400.00, and the custodian of Plaintiff's inmate trust account is **DIRECTED** to submit payments toward the filing fee in the manner set forth in the memorandum opinion.

The Clerk is **DIRECTED** to send a copy of the memorandum opinion and this order to the Anderson County Sheriff and the Court's financial deputy.

Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

SO ORDERED.

E N T E R:

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
　　CLERK OF COURT